UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  CASE NO. 24-CR-80010-DAMIAN

ELAINE ESCOE,

      Defendant.

_____/

## DEFENSE MOTION *IN LIMINE*

By and through the undersigned counsel, Elaine Escoe, requests this Honorable Court to make a pre-trial ruling regarding and exclude the following evidence or argument by the government pursuant to Fed. R. Evid. 103 and 104.

### I.    Anticipated Evidence

In its discovery exhibits, the government has turned in various IP addresses and videos from deposits at financial institutions that occurred months or even years after the conduct charged in the indictment. The defense suspects this evidence is relevant to ongoing investigations and potential criminal charges that may arise. The defendant is not the person in these surveillance videos from the financial institutions.

### II.    Argument

The crux of the charges against Ms. Escoe is that she fraudulently applied for a loan through Bluevine Credit Corporation with altered bank statements and made material misrepresentations in this loan application with the intent to deceive and defraud Bluevine into loaning her $50,000.00. Bluevine never extended credit to Ms. Escoe, her company,

or any entity that she is associated with. The loan application was flagged for fraud, and the loan request was denied.

The facts and circumstances that would prove the elements of the offense occurred before the loan application was filed on or about January 24, 2020, as indicated in the indictment. However, the bulk of the government's discovery pertains to banking transactions, cash withdrawals and deposits, and IP activity that occurred months and sometimes years after the allegations in the indictment. After a thorough review of the government's discovery submissions, there appears to be no relevance to these additional discovery disclosures that occurred months and years after the incident that gave rise to the indictment. This evidence is irrelevant to the ultimate issue before the jury.

## III.    Conclusion

For the reasons stated above, the undersigned counsel moves this Court to grant an order precluding the government from commenting on, introducing, or making inferences to the evidence derived from the IP addresses, surveillance videos at financial institutions, and any transactions from those institutions after January 24, 2020.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 29, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM.ECF to Jonathan Bailyn, AUSA, at [jonathan.bailyn@usdoj.gov](mailto:jonathan.bailyn@usdoj.gov).

Respectfully Submitted,


**The Kirlew Law Firm, PLLC**
2103 Coral Way
Suite 401
Miami, FL 33145
Email:  brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436


By:_____

Brian Kirlew, Esq.
FL Bar No.: 0067218